# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-mj-01173-VCF |
| vs. | **ORDER** |
| NELSON OSWALDO REYES-PEREZ, | |
| Defendant. | |

The court received verbal communication that Nelson Oswaldo Reyes-Perez has not been transferred to the District of Hawaii.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 4:00 p.m., December 23, 2015 is continued to 4:00 p.m., January 8, 2016.

DATED this 21st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE